917 F.2d 22
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Edward A. GANEY, Jr., Plaintiff-Appellant,
and
Richard Rhodes, Milton Ray Denton, Harry S. Vogler, Plaintiffs,
v.
Travis OUTLAW, T.L. Barnett, Mary Lou Voliva, Lacy H.
Thornburg, Jessee Boyette, Nathan Rice, Joseph L.
Hamilton, Aaron J. Johnson, Defendants-Appellees.
 No. 90-6875.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 1, 1990.
Decided Oct. 31, 1990.
Rehearing and Rehearing In Banc Denied Dec. 11, 1990.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-88-539-CRT)
 Edward A. Ganey, Jr., appellant pro se.
 Jacob Leonard Safron, Special Deputy Attorney General, Raleigh, N.C., for appellees.
 E.D.N.C.
 AFFIRMED.
 Before DONALD RUSSELL and PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Edward A. Ganey appeals from the district court's order denying his Fed.R.Civ.P. 60(b) motion for reconsideration. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Ganey v. Outlaw, CA-88-539-CRT (E.D.N.C. July 13, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.